USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-2-15

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| JOSE DEL-ORDEN, on behalf of himself and all others similarly situated, | CASE NO. 1:15-cv-08101-PKC |
|---|---|
| Plaintiff, | STIPULATION OF VOLUNTARY DISMISSAL, WITH PREJUDICE, PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) |
| v. | |
| REEBOK INTERNATIONAL LTD. | |
| Defendant, | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the claims asserted by Plaintiff JOSE DEL-ORDEN in the above-captioned action are voluntarily dismissed in their entirety, with prejudice, as against Defendant REEBOK INTERNATIONAL LTD., pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), without costs or attorneys' fees to any party.

Date: December 1, 2015

For the Defendant:

By: _____
Sean Joseph Kirby, Esq.

Sheppard, Mullin, Richter & Hampton, LLP
30 Rockefeller Plaza
New York, NY, 10112
Telephone: (212) 634-3023
Fax: (212) 655-1723
SKirby@sheppardmullin.com

For the Plaintiff:

By: _____
C.K. Lee, Esq.

Lee Litigation Group, PLLC
30 East 39th Street, Second Floor
New York, NY 10016
Telephone: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com

SO ORDERED

_____  12-2-15
Hon. P. Kevin Castel, U.S.D.J.

-1-